JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LANGER,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>GLORIA SHILLING;<br>NAMO CORP., a California Corporation; and Does 1-10<br><br>　　　　Defendants. | Case No.: CV 15-9555-DMG (JPRx)<br><br>**ORDER RE DISMISSAL [11]** |

Pursuant to F.R.CIV.P.41(a)(1), this action is hereby ordered DISMISSED with prejudice. The parties shall bear their own attorneys' fees and costs. The Order to Show Cause dated January 20, 2016 is DISCHARGED.

DATED: February 3, 2016      _____
　　　　　　　　　　　　　　　　DOLLY M. GEE
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1